# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
October 20, 2022

Lyle W. Cayce
Clerk

No. 22-20314
Summary Calendar

_____

ALBERT MARK FONDA,

*Plaintiff—Appellant*,

*versus*

CHARLES P. RETTIG, TRUSTEE INTERNAL REVENUE SERVICE;
YOLANDA RICHARDSON, TRUSTEE, CALIFORNIA GOVERNMENT
OPERATIONS AGENCY; ANTHONY J. BLINKEN, TRUSTEE, U.S.
SECRETARY OF STATE,

*Defendants—Appellees*.

_____

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:22-CV-501

_____

Before STEWART, DUNCAN, and WILSON, *Circuit Judges*.

PER CURIAM:*

Albert Mark Fonda sued several government officials, claiming he is
not subject to the United States' taxation laws and requesting a new passport

_____

* Pursuant to 5TH CIRCUIT RULE 47.5, the court has determined that this
opinion should not be published and is not precedent except under the limited
circumstances set forth in 5TH CIRCUIT RULE 47.5.4.

No. 22-20314

recognizing his status as "a Pre-March 9, 1993 Private American National Citizen of the United States." The principal basis for Mr. Fonda's claims is his belief that "[t]he rights and privileges contained in the Constitution provide for two types of citizenship; one for those who want or need oversight and control, and another for those who wish to self-govern." "Mr. Fonda," his brief informs us, "chooses the latter."

The district court dismissed Mr. Fonda's lawsuit for lack of jurisdiction and failure to state a claim, explaining it had "never found any law to support the sovereign citizen approach to taxation." Nor do we.

AFFIRMED.